James L. Wraith, State Bar No. 112234
Nancy J. Strout, State Bar No. 121096
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:     (510) 465-8976
E-mail:   jwraith@selvinwraith.com
              nstrout@selvinwraith.com

Attorneys for Plaintiff
WESTERN WORLD INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - ROBERT T. MATSUI COURTHOUSE

| WESTERN WORLD INSURANCE COMPANY, | CASE NO.: 2:14-cv-02071-MCE-KJN |
|---|---|
| Plaintiff, | *Assigned to: Chief Judge Morrison C. England, Jr., Courtroom 7, 14th Floor*<br>*Referred to: Magistrate Judge Kendall J. Newman, Courtroom 25, 8th Floor* |
| v. | |
| COLONY NATIONAL INSURANCE COMPANY, | **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| Defendant. | Complaint Filed:  September 8, 2014 |

Plaintiff WESTERN WORLD INSURANCE COMPANY and Defendant COLONY NATIONAL INSURANCE COMPANY executed a Stipulation of Dismissal (ECF No. 8) resolving the above-captioned action.  Pursuant to Federal Rule of Civil Procedure 41(1)(a), this action is thus DISMISSED WITH PREJUDICE in its entirety with each party to bear its own attorneys' fees, costs and expenses incurred herein.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

Order to Dismissal with Prejudice of Entire Action              CASE NO.: 2:14-cv-02071-MCE-KJN